IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AIRTRAN AIRWAYS, INC. )<br>)<br>    Plaintiff )<br>) <br>) CIVIL ACTION<br>v. )<br>) FILE NO. 1:10-CV-03673-ODE<br>BRENDA ELEM, MARK D. LINK, )<br>and LINK & SMITH, P.C. )<br>)<br>    Defendants ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

AirTran Airways, Inc.

Link & Smith, P.C.

Brenda Elem

Mark D. Link

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected

by the outcome of this particular case:

The Rawlings Company, LLC

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Aaron E. Pohlmann -- for Plaintiff

Elizabeth J. Bondurant -- for Plaintiff

Dorothy H. Cornwell -- for Plaintiff

Charles M. Cork, III -- for Defendants

This 24th day of March, 2011.

                                                  *s/ Elizabeth J. Bondurant*
                                                  Elizabeth J. Bondurant
                                                  Georgia Bar No. 066690

                                                  *s/ Aaron E. Pohlmann*
                                                  Aaron E. Pohlmann
                                                  Georgia Bar No. 582685

                                                  *s/ Dorothy H. Cornwell*
                                                  Dorothy H. Cornwell
                                                  Georgia Bar No. 552635

                                                  Attorneys for Plaintiff

SMITH MOORE LEATHERWOOD LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-1000 (telephone)
(404) 962-1200 (facsimile)
*lisa.bondurant@smithmoorelaw.com*
*aaron.pohlmann@smithmoorelaw.com*
*dorothy.cornwell@smithmoorelaw.com*

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to the Court's Standing Order No. 04-01, and Local Rule 5.1B, NDGa., the foregoing pleading was prepared in Times New Roman, 14 point, was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Charles M. Cork, III, Esq.
Post Office Box 1041
Macon, Georgia 31202-1041
*cmc@corklaw.com*

This 24th day of March, 2011.

*s/ Aaron E. Pohlmann*
Aaron E. Pohlmann
Georgia Bar No. 582685

Attorney for Plaintiff

SMITH MOORE LEATHERWOOD LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-1000 (telephone)
(404) 962-1200 (facsimile)
*aaron.pohlmann@smithmoorelaw.com*