## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **AIRTRAN AIRWAYS, INC.,** | ) | |
| *Plaintiff*, | ) | **CIVIL ACTION NO.** |
| | ) | |
| vs. | ) | **1:10-CV-3673-ODE** |
| | ) | |
| **BRENDA ELEM, MARK D. LINK,** | ) | |
| **and LINK & SMITH, P.C.,** | ) | |
| *Defendants*. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that all defendants, Brenda Elem, Mark D. Link, and Link & Smith, P.C., hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Orders of October 22, 2012 [Doc. 72], March 26, 2013 [Doc. 83], and the Judgment of March 26, 2013 [Doc. 84].

                                                    s/ Charles M. Cork, III
                                                    Ga. Bar No. 187915
                                                    Attorney for Defendants

P. O. Box 1041
Macon, Georgia 31202-1041
(478) 742-0204
Email: cmc@corklaw.com

## Certificate of Service

    I certify that on April 18, 2013, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to registered counsel of record.

                                            s/ Charles M. Cork, III