IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 13-11738 & 13-14912

_____

D.C. Docket No. 1:10-cv-03673-ODE

AIRTRAN AIRWAYS, INC.,

                                                                           Plaintiff-Appellee,

versus

BRENDA ELEM,
MARK D. LINK, and
LINK & SMITH, P.C.,

                                                                           Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES**

Before WILLIAM PRYOR and MARTIN, Circuit Judges, and HONEYWELL[*], District Judge.

BY THE COURT:

     We **VACATE** the summary judgment of the district court, the order

awarding attorney's fees and costs, and the Rule 70 order enforcing the judgment,

---

[*] Honorable Charlene Edwards Honeywell, United States District Judge for the Middle District of Florida, sitting by designation.

and **REMAND** for reconsideration in the light of *Montanile v. Board of Trustees of National Elevator Industry Health Benefit Plan*, 136 S. Ct. 651 (2016).

We **DENY** Airtran's motion for supplemental briefing and oral argument. The district court should decide the legal and factual issues identified in that motion, including the question whether additional discovery is needed, in the first instance on remand.

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 08, 2016

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 13-11738-BB   ; 13-14912 -BB
Case Style: AirTran Airways, Inc. v. Brenda Elem, et al
District Court Docket No: 1:10-cv-03673-ODE

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Carol R. Lewis/aw, BB
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter